Writ of Mandamus Denied, Opinion issued September 21, 2012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01183-CV

## IN RE TREADSTONE/DRUM SPECIAL SITUATION PARTNERS CO-INVESTMENT FUND, LLC, ET AL., Relators

**Original Proceeding from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-00965-F**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Fillmore
Opinion by Justice Fillmore

Relators contend the trial judge erred in denying their motion to dismiss. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus and **LIFT** the stay imposed by our order of August 29, 2012.

ROBERT M. FILLMORE
JUSTICE

121183F.P05